# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RESTANI, JANE A. | U.S. COURT OF INTERNATIONAL TRADE | 6/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

ONE FEDERAL PLAZA
NEW YORK, NEW YORK 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE CHAIR OF MOHICAN CHAPTER | ADIRONDACK MOUNTAIN CLUB |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | CITY UNIVERSITY OF NEW YORK - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESCO MID CAP | A | Dividend | J | T | | | | | |
| 2. MFS - CORE EQUITY | A | Dividend | K | T | | | | | |
| 3. PIMCO TOTAL RETURN | A | Dividend | J | T | Sold (part) | 11/09/15 | J | | |
| 4. LORD ABBET TAX FREE | A | Interest | J | T | | | | | |
| 5. CT ST HLTH EDL BONDS | A | Interest | K | T | | | | | |
| 6. U.S. SAVINGS BOND | D | Interest | K | T | | | | | |
| 7. BLACKROCK-NATIONAL MUNICIPAL | B | Int./Div. | K | T | | | | | |
| 8. NUVEEN MUNI FUNDS | D | Int./Div. | M | T | | | | | |
| 9. FIRST COUNTY BANK STAMFORD CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 10. MANUFACTURERS & TRADERS TRUST CO | A | Interest | L | T | | | | | |
| 11. FRANKLIN TAX FREE CT | D | Interest | M | T | | | | | |
| 12. CT STATE BONDS | C | Interest | M | T | Buy (add'l) | 04/10/15 | K | | |
| 13. INVESCO VAN KAMPEN COM | A | Dividend | K | T | | | | | |
| 14. INVESCO MUNI BOND FUND (AIM) | D | Int./Div. | M | T | | | | | |
| 15. MFS TOTAL RETURN FUND | A | Dividend | K | T | | | | | |
| 16. GEORGE PUTNAM BALANCED A | A | Dividend | J | T | | | | | |
| 17. PUTNAM TAX FREE HI YLD | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ALLIANCEBERSTEIN GR. & INC. FUND | A | Dividend | K | T | | | | | |
| 19.   MFS MUNI LTD FUND | A | Int./Div. | J | T | | | | | |
| 20.   WILLINGTON CT BOND | A | Interest | K | T | | | | | |
| 21.   MORGAN STANLEY (CASH) | A | Int./Div. | M | T | | | | | |
| 22.   ISHARES TR RUSSELL MID CAP INDEX | A | Dividend | K | T | | | | | |
| 23.   ISHARES RUSSELL 1000 VALUE INDEX | A | Dividend | K | T | | | | | |
| 24.   ISHARES RUSSELL 1000 GROWTH INDEX | A | Dividend | K | T | | | | | |
| 25.   ISHARES RUSSELL 2000 INDEX | A | Dividend | J | T | | | | | |
| 26.   CONNECTICUT SPL OBLIG TAX BDS | B | Interest | J | T | | | | | |
| 27.   INVESCO CHARTER FUND A | A | Dividend | | | Sold | 12/01/15 | M | | |
| 28.   BLACKROCK MUNIHOLDINGS INSURED | B | Dividend | K | T | | | | | |
| 29.   METROPOLITAN TRANSPORT AUTH | A | Interest | J | T | | | | | |
| 30.   DORMINITORY AUTH CITY UNV | A | Interest | J | T | | | | | |
| 31.   ALLIANCEBERSTEIN LARGE CAP | A | Int./Div. | K | T | | | | | |
| 32.   NEW YORK CITY TRANSISTION AUTH | A | Interest | K | T | | | | | |
| 33.   MORGAN STANLEY TAX-FREE DAILY INCOME TRUST | A | Interest | L | T | | | | | |
| 34.   INVESCO EQUALLY WEIGHTED S&P 500 FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INVESCO DIVERSIFIED DIVIDEND FUND | A | Dividend | J | T | | | | | |
| 36. ALLIANCE BERSTEIN GROWTH FUND | A | Dividend | J | T | | | | | |
| 37. BARON GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 38. BLACKROCK EQUITY DIVIDEND FUND | A | Dividend | J | T | Sold (part) | 07/10/15 | J | | |
| 39. ROYCE PREMIER FUND INV CLASS | A | Dividend | J | T | | | | | |
| 40. WELLS FARGO ADVANTAGE EMERGING MKTS | A | Dividend | J | T | | | | | |
| 41. HENDERSON INTERNATIONAL OPPORTUNITIES FD | A | Dividend | J | T | | | | | |
| 42. MAINSTAY LARGE CAP GROWTH FUND | A | Dividend | J | T | Sold (part) | 10/08/15 | J | | |
| 43. PIMCO FOREIGN BOND (UNHEDGED) FUND | A | Dividend | J | T | | | | | |
| 44. COLUMBIA SELECT LG CP GROWTH | A | Distribution | K | T | | | | | |
| 45. DELAWARE VALUE C | A | Dividend | K | T | | | | | |
| 46. HENDERSON GLOBAL EQ INC A | A | Dividend | J | T | | | | | |
| 47. WESTERN ASSET GOVT RESERVES | A | Distribution | J | T | | | | | |
| 48. CAPITAL ONE N.A | A | Interest | J | T | Distributed (part) | 10/26/15 | L | | |
| 49. PEOPLES UNITED BANK | B | Interest | M | T | | | | | |
| 50. DELAWARE US GROWTH A | A | Dividend | K | T | | | | | |
| 51. BRANDES INTERNATIONAL EQ A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. THORNBURG INTL GROWTH | A | Dividend | K | T | | | | | |
| 53. JP MORGAN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 54. LEGG MASON OPPORTUNITY TRST A | A | Dividend | J | T | | | | | |
| 55. HARTFORD MIDCAP A | A | Dividend | J | T | | | | | |
| 56. PEOPLES UNITED BANK - BOND | D | Interest | K | T | Redeemed (part) | 12/01/15 | K | | |
| 57. SANTANDER BANK, N.A. | A | Interest | L | T | Open | 10/26/15 | L | | |
| 58. WELLS FARGO LARGE CAP CORE C | A | Int./Div. | K | T | Buy | 03/03/15 | M | | |
| 59. INVESCO PREM US GOVT MNY INST | A | Dividend | J | T | Buy | 12/11/15 | J | | |
| 60. WELLS FARGO EMERG MKTS EQ INST | A | Distribution | J | T | Buy | 12/11/15 | J | | |
| 61. ROYCE PREMIER INV | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 62. BARON GROWTH INSTITUTIONAL | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 63. GUGGENHEIM TOTAL RETURN BD I | A | Int./Div. | J | T | Buy | 11/09/15 | J | | |
| 64. HENDERSON INTL OPPORT I | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 65. HENDERSON GLOBAL INCOME I | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 66. MAINSTAY LARGE CAP GRW I | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 67. BLACKROCK EQUITY DIVIDEND I | A | Int./Div. | J | T | Buy | 12/11/15 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. LINE 10 - NAME CHANGE FROM HUDSON SAVINGS

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 6/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JANE A. RESTANI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544